# Third District Court of Appeal
## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1460
Lower Tribunal No. 15-4269
_____

**Israel Gordon, etc.,**
Appellant,

vs.

**Marie Westberry,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola, Judge.

The Monestime Firm, P.A., and Regine Monestime, for appellant.

Law Office of Ian Aird, PA, and Ian Aird (Pembroke Pines), for appellee.

Before LOGUE, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.